IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| ADT LLC, | § | |
| Petitioner, | § § § | |
| v. | § § | Civil Action No. 4:20-cv-00759-O |
| KAMALA RICHMOND et al., | § § § | |
| Respondents. | § | |

## FINAL JUDGMENT

On January 8, 2021, the Court dismissed Petitioner ADT LLC's Petition to Compel Arbitration. Order, ECF No. 20. It is therefore **ORDERED, ADJUDGED, and DECREED** that all claims brought by Petitioner in this cause against Respondents are hereby **DISMISSED without prejudice**.

**SO ORDERED** on this **8th day** of **January, 2021.**

Reed O'Connor
UNITED STATES DISTRICT JUDGE

1